# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Yanzhe Lu

    Plaintiff,

v.

Case No.: 1:24−cv−03476

Honorable Martha M. Pacold

The Partnerships and Unincorporated Associations Identified on Schedule A

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 11, 2024:

    MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's ex parte motion to extend the TRO, [23] is granted. Under Rule 65(b)(2), the court finds good cause to extend the TRO for an additional 14 days to prevent defendants from modifying registration data and content, changing hosts, redirecting traffic to other websites in their control, and moving any assets from accounts in U.S.–based financial institutions, including service provider accounts, to offshore accounts. The court#039;s TRO, [21], entered on 7/2/24 is extended until 7/30/24. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.