# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Yanzhe Lu

                        Plaintiff,

v.                                                      Case No.: 1:24−cv−03476

                                                          Honorable Martha M. Pacold

The Partnerships and Unincorporated Associations
Identified on Schedule A

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 5, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for leave to amend the complaint instanter by dropping defendants No. 59 GoodTend, No. 50 Familyhome Life Hall, NO. 43 XIOANGSNDBB, No. 55 XIOANGSNDBB, No. 53 Miangastore, No. 54 Accompai, No. 57 Chengduqiuhainian Co.,Ltd, No. 42 UM−digtal, No. 40 ZCHAINBRAND STORE, No. 14 CHENGZHI Commercial, No. 37 ETI T llc, No. 38 teafirst, and No 21 quhazn, [30] is granted. Defendants No. 59 GoodTend, No. 50 Familyhome Life Hall, NO. 43 XIOANGSNDBB, No. 55 XIOANGSNDBB, No. 53 Miangastore, No. 54 Accompai, No. 57 Chengduqiuhainian Co.,Ltd, No. 42 UM−digtal, No. 40 ZCHAINBRAND STORE, No. 14 CHENGZHI Commercial, No. 37 ETI T llc, No. 38 teafirst, and No 21 quhazn are dismissed with prejudice. For docket clarity, by 8/7/2024, plaintiff should file the Amended Schedule A, [30−1], separately on the docket. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.