**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Yanzhe Lu,

    Plaintiff,

v.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No. 24-CV-3476

Hon. Martha M. Pacold

Hon. Mag. Jeffrey T. Gilbert

**PLAINTIFF'S MOTION TO AMEND SCHEDULE A TO THE COMPLAINT**

Pursuant to 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby moves to amend the previously filed Schedule A with the Second Amended Schedule A with defendant stores, set forth in the table below, marked as Dismissed on the Second Amended Schedule A. The Second Amended Schedule A is filed as a separate entry on the docket.

| Line No. on Schedule A to the Complaint | Defendants |
|---|---|
| 59 | GoodTend |
| 50 | Familyhome Life Hall |
| 43 | XIOANGSNDBB |
| 55 | XIOANGSNDBB |
| 53 | Miangastore |
| 54 | Accompai |
| 57 | Chengduqiuhainian Co.,Ltd |

| | |
|---|---|
| 42 | UM-digtal |
| 40 | ZCHAINBRAND STORE |
| 14 | CHENGZHI Commercial |
| 37 | ETI T llc |
| 38 | teafirst |
| 21 | quhazn |

The Defendants listed in the table above have settled with Plaintiff and as part of the settlement have agreed to a mutual dismissal of all claims in the Complaint with prejudice. Each party shall bear its own attorneys' fees and costs.

YANZHE LU

Date: August 7, 2024        By: /s/ Depeng Bi
                      An attorney for plaintiff

Attorneys for Plaintiff

Konrad Sherinian
E-Mail: ksherinian@sherinianlaw.net
Depeng Bi
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Depeng Bi
Depeng Bi

THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825
E-Mail: ksherinian@sherinianlaw.net