**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Yanzhe Lu, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-CV-3476 <br><br> Hon. Martha M. Pacold <br><br> Hon. Mag. Jeffrey T. Gilbert |

**PLAINTIFF'S MOTION TO AMEND SCHEDULE A TO THE COMPLAINT**

On August 7, 2024, pursuant to 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff moved to amend the previously filed Schedule A with the Second Amended Schedule A. Dkt. Nos. 34-35. The Second Amended Schedule A (Dkt. No. 35) was correctly filed. However, the list of stores inside the motion (Dkt. No. 34) is incorrect since it is a list of previously dismissed stores. Accordingly, Plaintiff respectfully requests the Court strike the motion (Dkt. No. 34). This error is limited to the motion (Dkt. No. 34) alone.

In addition, pursuant to 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby moves to amend the previously filed Schedule A with the Second Amended

Schedule A with defendant stores, set forth in the corrected table below, marked as Dismissed on the Second Amended Schedule A. The Second Amended Schedule A was filed as a separate docket entry on August 7, 2024. Dkt. No. 35.

| Line No. on Schedule A to the Complaint | Defendants |
|---|---|
| 25 | Best M |
| 27 | Daskanian |
| 35 | Implex |
| 5 | Monkeyjunjun |
| 15 | nulishangbanooo |
| 19 | Qiysangi |
| 3 | Quixella |
| 16 | SHOWERRING |
| 7 | yunluner |
| 39 | KOCOME |

The Defendants listed in the table above have settled with Plaintiff and as part of the settlement have agreed to a mutual dismissal of all claims in the Complaint with prejudice. Each party shall bear its own attorneys' fees and costs.

YANZHE LU

Date: August 8, 2024						By: /s/ Depeng Bi
									An attorney for plaintiff

Attorneys for Plaintiff

Konrad Sherinian
E-Mail: ksherinian@sherinianlaw.net
Depeng Bi
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563

Telephone: (630) 318-2606
Facsimile: (630) 364-5825

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Depeng Bi
Depeng Bi

THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825
E-Mail: ksherinian@sherinianlaw.net