**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

YANZHE LU,

       Plaintiff,

    v.

THE PARTNERSHIPS and UNIN-
CORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No. 24-CV-3476

Hon. Judge Martha M. Pacold

Hon. Mag. Jeffrey T. Gilbert

**DECLARATION OF KONRAD SHERINIAN**

The undersigned, Konrad Sherinian, after being sworn, states as follows:

1.     All testimony given in this affidavit is based on my own personal knowledge, and if called at trial, I would testify as I have stated herein.

2.     I am a United States citizen and reside in Naperville, Illinois.

3.     I am a member of the bar of the State of Illinois, ARDC No. 620749, and a member of the bar of this Court.

4.     I am an attorney in this matter representing Plaintiff Yanzhe Lu.

5.     I certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to plead or otherwise defend this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

1

6.    My office investigated the infringing activities of the Defaulting Defendants including attempting to identify their contact information. Our investigation confirmed that the Defaulting Defendants are primarily domiciled in Asia. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

7.    The Infringing Product revenue information provided by Amazon.com and Walmart.com for each Defaulting Defendant only includes revenue figures for a single product having a unique product identification number.

8.    The limited information provided by Amazon.com and Walmart.com for Defaulting Defendants indicates that the amount currently restrained in Defaulting Defendants' known financial accounts ranges from $0.00 - $6,242.82. Additionally, limited information provided by Amazon and Walmart indicates that the known revenue generated by some Defaulting Defendants from the sale of Infringing Products totals $6,013.81 with a maximum of $3,912.8 from a single defendant.

9.    All defendants have been charged with design patent infringement.

11.    A breakdown by Defaulting Defendant of the amount current restraining, known Infringing Product revenue, if available, and Plaintiff's requested award is in the table below.

| Def. No. | Defaulting Defendants | Amount Restrained | Infringing Revenue | Requested Award |
|---|---|---|---|---|
| 4 | Ledarray International | $305.09 | $3,912.80 | $3,912.80 |
| 6 | BEST CUSTOMER SERVICE | $406.26 | $43.52 | $406.26 |
| 8 | Fxqlove | $2,389.09 | $95.70 | $2,389.09 |
| 9 | YeCuo | $0.00 | $13.43 | $250.00 |
| 10 | Zsaw-US | $530.97 | $604.24 | $604.24 |
| 11 | ZhengZhouShiQiuBanJuShangMaoYouXianGongSi | $0.00 | $79.34 | $250.00 |

| 12 | Yuehuam2019 | $2,165.87 | $170.86 | $2,165.87 |
| 17 | Iced oranges | $532.85 | $12.02 | $532.85 |
| 18 | XiuRong | $8.03 | $0.00 | $250.00 |
| 20 | SFJ STORE | $69.30 | $12.09 | $250.00 |
| 22 | lihaifeng123 | $90.24 | $39.65 | $250.00 |
| 23 | VISIONS GLOBAL | $80.87 | $9.69 | $250.00 |
| 24 | SIX Sigma | $184.36 | $12.92 | $250.00 |
| 26 | yunxiaoxianjinghanbaihuodian | $0.00 | $0.00 | $250.00 |
| 28 | zhuoqixinxi | $0.00 | $12.94 | $250.00 |
| 29 | FUELEGO(90% Off Deals) | $6,242.82 | $142.26 | $6,242.82 |
| 31 | Illook | $0.00 | $0.00 | $250.00 |
| 32 | wuyoushop | $25.44 | $0.00 | $250.00 |
| 33 | ZERDOM | $144.49 | $0.00 | $250.00 |
| 34 | DIYANA CART | $0.00 | $0.00 | $250.00 |
| 36 | ZhuYiUSiUS | $358.21 | $0.00 | $358.21 |
| 41 | KZhanmy | $78.00 | $94.70 | $250.00 |
| 44 | Guangzhou youqihui co., ltd | $1,100.92 | $6.07 | $1,100.92 |
| 45 | Jiujiang Henghechang E-commerce Co.Ltd | $309.44 | $602.33 | $602.33 |
| 46 | IFREE STORE | $325.52 | $99.35 | $325.52 |
| 48 | Wliqien | $422.93 | $7.03 | $422.93 |
| 49 | xiaolong888 | $5,268.85 | $0.00 | $5,268.85 |
| 52 | Chengbin electronic Co., Ltd. | $5,551.34 | $10.91 | $5,551.34 |
| 56 | WATONASH | $932.05 | $13.65 | $932.05 |
| 58 | YIDUMKC01 | $3,664.19 | $0.00 | $3,664.19 |
| 61 | Songchenman Trading Co., Ltd. | $522.79 | $18.31 | $522.79 |

Under penalty of perjury the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Naperville, Illinois

_August 14, 2024_____          _/s/ Konrad Sherinian_____

Executed On                        Konrad Sherinian