**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Yanzhe Lu, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNIN-CORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-CV-3476 <br><br> Hon. Martha M. Pacold <br><br> Hon. Mag. Jeffrey T. Gilbert |

**PLAINTIFF'S MOTION TO AMEND SCHEDULE A TO THE COMPLAINT
SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on September 4, 2024 [Dkt. 49] in favor of Plaintiff and against the Defaulting Defendants identified in the judgment order. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Line No. on Schedule A to the Complaint | Defendants |
|---|---|
| 29 | FUELEGO(90% Off Deals) |
| 48 | Wliqien |
| 49 | xiaolong888 |
| 12 | Yuehuam2019 |
| 10 | Zsaw-US |

THEREFORE, full and complete satisfaction of said judgment as to above identi-fied Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

YANZHE LU

Date:   September 5, 2024                     By:  /s/ Depeng Bi
                                                                                                                                                         An attorney for plaintiff

Attorneys for Plaintiff

Konrad Sherinian
E-Mail: ksherinian@sherinianlaw.net
Depeng Bi
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Depeng Bi
Depeng Bi

THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825
E-Mail: ksherinian@sherinianlaw.net